UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA ANN REINHOLT,                                          :

                        Plaintiff,          :        ORDER

    -against-
                                                  :        13-CV-7041 (RA)(KNF)

NF MAINTENANCE, DONNA DECICCO ,
ALAN BRAND, NARCO FREEDOM,                                  :

                        Defendants.         :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE



       On or before February 17, 2020, the parties shall advise the Court, in writing, of the status of the action, including whether the plaintiff has made an application to the bankruptcy court to have the stay that is in place lifted, so that this action can proceed.

Dated: New York, New York            SO ORDERED:
       February 10, 2020

                                                    /s/ Kevin Nathaniel Fox
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE