UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA ANN REINHOLT,

                        Plaintiff,

-against-

NF MAINTENANCE, ALAN BRAND,
DONNA DECICCO, NARCO FREEDOM

                       Defendants.
------------------------------------------------------------X



**ORDER**
13 CV 7041 (RA) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

It is hereby ordered that a telephone conference shall be held in the above-captioned action on April 15, 2020, at 5:15 p.m. The parties are hereby directed to call (888) 363 4749 and, thereafter, enter access code: 7185839#.

Dated: New York, New York
          February 21, 2020

Copy mailed to: Lisa Ann Reinholt

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE