```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA ANN REINHOLT,                                          :
                                                            :
                                Plaintiff,                  :
        -against-                                           :         ORDER
                                                            :         13 CV 7041 (RA) (KNF)
NF MAINTENANCE, ALAN BRAND,                                 :
DONNA DECICCO, NARCO FREEDOM                                :
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

It is hereby ordered that a telephone conference shall be held in the above-captioned action on April 15, 2020, at 4:30 p.m. The parties are hereby directed to call (888) 557-8511 and, thereafter, enter access code: 4862532.

Additionally, conference participants are directed as follows:

1. Use a landline whenever possible.

2. Use a handset rather than a speaker phone.

3. Identify yourself each time you speak.

4. Be mindful that, unlike in a courtroom setting, interrupting can render both speakers unintelligible.

5. **Mute** when not speaking to eliminate background noise, e.g., dog barking, kids playing, sirens, papers shuffling, emails pinging, drinking, breathing. It all comes through. This will also prevent interruptions.

6. Avoid voice-activated systems that don't allow speaker to know when someone else is trying to speak and they cut off the beginning of words.

7. Spell proper names.

8. Have judge confirm reporter is on the line.

9. If someone hears beeps or musical chimes, that means someone has either come in or left the conference. Please be aware that the judge may need to clarify that the reporter has

not lost the line. (This has happened before, and the reporter had to dial back in and tell the judge the last thing that the court reporter transcribed.)

Dated:  New York, New York
       April 13, 2020

Copy e-mailed to: Lisa Ann Reinholt

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE