UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA ANN REINHOLT,

                     Plaintiff,

  -against-                                    **ORDER**
                                                13- CV- 7041 (RA) (KNF)
NF MAINTENANCE, ALAN BRAND,
DONNA DECICCO, NARCO FREEDOM

                    Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the defendants and plaintiff *pro se* on April 15, 2020.  As a result of the discussion had during the conference, it is HEREBY ORDERED that, on or before May 29, 2020, the parties submit to the Court, via the court's CM/ECF system, a joint letter advising of the status of this action including whether a request has been made of the U.S. Bankruptcy Court that the stay, which has halted progress in this action, be lifted.

Dated:  New York, New York                    SO ORDERED:
            April 15, 2020

                                                      */s/ Kevin Nathaniel Fox*
                                                KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE