```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LISA ANN REINHOLT,                                          :
                                                            :
                                 Plaintiff,                 :
         -against-                                          :           ORDER
                                                            :     13-CV-7041 (RA) (KNF)
NF MAINTENANCE, ALAN BRAND,                                 :
DONNA DECICCO, NARCO FREEDOM                                :
                                                            :
                                 Defendants.                :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

It is hereby ordered that a telephone conference shall be held in the above-captioned action on June 11, 2020, at 11:30 a..m.  The parties are directed to call (888) 557-8511 and, thereafter, enter access code: 4862532.  The parties must confer, via telephone, prior to June 11, 2020, to be prepared to discuss, during the conference: 1) the pretrial activities that need to be completed to be ready for the trial of the action; 2) whether any dispositive motion is likely to be made and a schedule for doing so; and 3) whether the parties are interested in meeting with a mediator or attending a settlement conference convened by the Court to resolve their dispute without the need for a trial.

In light of the current global health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Pro se parties also are encouraged to consent to receive all court documents electronically. A consent to electronic service form is available on the Court's website. Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for pro se parties, please visit the court's website at nysd.uscourts.gov.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                        SO ORDERED:
        May 29, 2020

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE