| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-21-20 |

LISA ANN REINHOLT,

                Plaintiff,

      v.

NF MAINTENANCE, et al.,

                Defendants.

13-CV-7041 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to the Report of Mediator to the Clerk, the court-ordered mediation in this case was held on August 19, 2020, and agreement was reached on all issues. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days. Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    August 21, 2020
            New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge